IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CYNTHIA ELAINE DECKER                         PLAINTIFF

v.                Case No. 5:12-CV-05217

KEITH LINDLEY; ADAM HOWARD;
and JAMES ALLEN                         DEFENDANTS

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion to Dismiss. (Doc. 8). Plaintiff represents that this matter has been settled and requests that the Court dismiss all claims against all Defendants with prejudice.

It appearing to the Court that the matter has been settled, the Court finds that the instant matter should be dismissed with prejudice, subject to the terms of any settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order. The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss (Doc. 8) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of May, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE